UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:10-cr-33-HSM-WBC-01 |
| | ) | |
| CHRISTOPHER HILT | ) | |

## MEMORANDUM AND ORDER

CHRISTOPHER HILT ("Defendant") appeared for a hearing on February 19, 2016, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Mattice. Defendant requested both a preliminary hearing and a detention hearing, which were held.

### Preliminary Examination and Detention Hearing Proof

AUSA Piper called U.S. Probation Officer Crystal Johnson as a witness to testify about the factual allegations set forth in the Petition. Attorney Marsa for Defendant cross-examined the government's witness and made a proffer. Both parties presented their respective arguments, which were fully considered by the Court.

### Findings

(1) Based upon the evidence, which was consistent with the facts set forth in the Petition, the undersigned finds there is probable cause to believe Defendant has committed violations of conditions of his supervised release.

(2) Defendant has not carried his burden of demonstrating by clear and convincing evidence, that, if released, he would not pose a danger to another person or to the community or pose a risk of flight under Fed. R. Crim. P. 32.1(a)(6).

**Conclusions**

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Mattice.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Mattice is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set before **District Judge Mattice on March 28, 2016 at 2:00 p.m**.

SO ORDERED.

ENTER.

                                              s/ *Susan K. Lee*
                                              SUSAN K. LEE
                                              UNITED STATES MAGISTRATE JUDGE